**Order entered August 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00382-CR
No. 05-14-00383-CR

**VINCENT RAY SETTLES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-00085-J and F14-00086-J**

## ORDER

Pending is appellant's June 25, 2015 "Motion to be Loaned/Furnished a Copy of the Record on Appeal." The motion is denied.

/s/    LANA MYERS
        JUSTICE